UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASBIR,<br>aka Jasbir, No Name,<br><br>                          Petitioner,<br><br>v.<br><br>WARDEN, Imperial Regional Adult Detention Facility, FIELD OFFICE DIRECTOR, San Diego Field Office, U.S. Immigration and Customs Enforcement (ICE); TODD M. LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement (ICE); KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security (DHS); PAMELA BONDI, in her official capacity as Attorney General of the United States,<br><br>                          Respondents. | Case No.: 3:26-cv-579-JES-BJW<br><br>**ORDER FOR BOND HEARING** |

      Before the Court is Petitioner Jasbir's (aka Jasbir, No Name) ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Pursuant to the Court's OSC order, Respondents filed a response. ECF No. 4. In the response, Respondents acknowledged that Petitioner must be considered detained under 8 U.S.C. § 1226(a),

pursuant to the final judgment entered in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, --- F. Supp. 3d ---, 2025 WL 3289861 (C.D. Cal. Nov. 20, 2025). Accordingly, the Court **GRANTS IN PART** the petition as follows:

(1) The Court **ORDERS** Respondents to provide Petitioner with a bond determination hearing under 8 U.S.C. § 1226(a) within **ten days** of this Order. At the hearing, Respondents may not deny Petitioner bond on the basis that he is detained under 8 U.S.C. § 1225(b)(2); and

(2) Respondents are **ORDERED** to File a Notice of Compliance within **five days** of providing Petitioner with a bond redetermination hearing, including apprising the Court of the results of the hearing.

(3) The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: February 5, 2026

_____
Honorable James E. Simmons Jr.
United States District Judge